658 A.2d 789

## COLONIAL VALLEY ABSTRACT COMPANY and Abstract Land Associates, Inc.

v.

## HOMESTEAD INSURANCE COMPANY, Appellant.

Supreme Court of Pennsylvania.

Argued April 27, 1995.

Decided May 19, 1995.

Dennis J. Roman, Pittsburgh, for Homestead Ins.

Mark D. Bradshaw, James J. Kutz, Harrisburg, for Colonial Valley Co.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.